IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:17cv104

| | |
|---|---|
| **RONALD WAYNE SPANN,** ) | |
| ) | |
|     **Plaintiff,** ) | |
| ) | |
| v. ) | |
| ) | **ORDER** |
| **NORTH CAROLINA DEPARTMENT** ) | |
| **OF PUBLIC SAFETY, et el.,** ) | |
| ) | |
|     **Defendants.** ) | |
| _____ ) | |

Pending before the Court is the Consent Motion for Protective Order [# 19]. The parties move for the entry of a protective order negotiated by the parties that provides for the disclosure of confidential information. Upon a review of the consent protective order and the record, the Court **GRANTS** the motion [# 19]. The Court **INCORPORATES** the terms of the Consent Order [# 19-1] into the body of this Order.

Signed: June 14, 2017

Dennis L. Howell
United States Magistrate Judge

-1-